OLGA KRENITSKY et al., as Administrators of the Estate of PETER KRENITSKY, Deceased, Respondents, *v.* LUDLOW MOTOR COMPANY, INC., Respondent, and AMERICAN EMPLOYERS' INSURANCE COMPANY, Intervener, Appellant.

ARTHUR B. BUCKERIDGE, as Executor of ELEANOR L. BUCKERIDGE, Deceased, Respondent, *v.* LUDLOW MOTOR COMPANY, INC., Respondent, and AMERICAN EMPLOYERS' INSURANCE COMPANY, Intervener, Appellant.

Submitted May 29, 1950; decided June 2, 1950.

*Chandler Y. Keller* for motion.
*James B. Gitlitz* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.